**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING EXPRESS SERVICES, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>JOSE VASQUEZ, et al.,<br><br>        Defendants.<br>_____ | Case No.: CV 14-1308 DSF (VBKx)<br><br>JUDGMENT |

      The Court having found that it lacks jurisdiction because the matter is not ripe,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: _____   6/11/14

_____
Dale S. Fischer
United States District Judge